IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

Roe Ann Thornton                                                                                            PLAINTIFF

V.                                               No.14-5014

Darwin Solutions, Inc.; DOES 1-10                                                         DEFENDANT

## CLERK'S ORDER OF DISMISSAL

The plaintiff herein, having filed a Notice of Dismissal pursuant to Rule 41 (a), Fed.R.Civ.P.

IT IS ORDERED that plaintiff's complaint be, and hereby is, dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


By: /s/ Teri Gunderson
      Deputy Clerk